IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

TIMMY MCCLAIN AND MARCHEAL MCCLAIN,

      Appellants,

v.

      Case No.  5D22-55
      LT Case No. 2019-CA-001554

HMC ASSETS, LLC, SOLELY IN ITS CAPACITY
AS A SEPARATE TRUSTEE OF CAM XI TRUST,
PRESERVE AT ASTOR FARMS HOMEOWNERS'
ASSOCIATION, INC., AAMES FUNDING
CORPORATION D/B/A AAMES HOME LOAN, ET AL.,

      Appellees.

_____/

Decision filed January 10, 2023

Appeal from the Circuit Court
for Seminole County,
Christopher Sprysenski, Judge.

Tanner Andrews, of Tanner
Andrews, P.A., Deland, for
Appellants.

Ashland R. Medley, of Ashland
Medley Law, PLLC, Coral Springs,
for Appellee, HMC Assets, LLC
Solely in its Capacity as Separate
Trustee of Cam XI Trust.

No Appearance for Other Appellees.

PER CURIAM.

AFFIRMED.

LAMBERT, C.J., EVANDER and WALLIS, JJ., concur.